IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dreyah Moorae Bey, *a/k/a or f/k/a* Andrea Moire Coaxum, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| Jobany Colon; County of Charleston, South Carolina; Nina L. Savas, Assistant Solicitor; Judge Jennifer McCoy, | ) ) ) ) ) |
| Defendant. | ) ) |

Civil Action No. 2:19-cv-941-BHH

**<u>ORDER</u>**

This matter is before the Court upon Plaintiff's pro se complaint, in which she attempts to assert claims pursuant to 42 U.S.C. § 1983, 18 U.S.C. § 242, and state law. In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.), the matter was referred to a United States Magistrate Judge for preliminary determinations. On July 10, 2019, Magistrate Judge Bristow Marchant issued a report and recommendation ("Report") outlining Plaintiff's claims and recommending that the Court dismiss Plaintiff's complaint without prejudice and without issuance and service of process. Attached to the Magistrate Judge's Report was a notice advising Plaintiff of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination only of those portions of the Report to

which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections were filed, the Court has reviewed the record, the applicable law, and the findings and recommendations of the Magistrate Judge for clear error. After review, the Court finds no clear error and agrees with the Magistrate Judge that this action is subject to summary dismissal.

Accordingly, the Court adopts and incorporates the Magistrate Judge's Report (ECF No. 13), and the Court hereby dismisses this action without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
The Honorable Bruce Howe Hendricks
United States District Judge

August 1, 2019
Charleston, South Carolina